**Appeal Dismissed and Memorandum Opinion filed April 26, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00103-CV

## ERNA ALETTA COX, Appellant

## V.

## KEVIN STUART COX, Appellee

**On Appeal from the 247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-42708**

## MEMORANDUM OPINION

This is an attempted appeal from an order signed February 11, 2022. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is rendered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding).

This order signed February 11, 2022, is a temporary order pursuant to section 156.006 of the Texas Family Code. Tex. Fam. Code § 156.006. Such an order is not reviewable on interlocutory appeal. *See In re Ostrofsky*, 112 S.W.3d 925, 928 (Tex. App.—Houston [14th Dist.] 2003, orig. proceeding).

On April 6, 2022, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal on or before April 18, 2022. *See* Tex. R. App. P. 42.3(a). Appellant's response fails to demonstrate that this court has jurisdiction over the appeal.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Wise, Poissant and Wilson.